IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT E. JACKSON                                                                          PLAINTIFF

v.                              Case No. 4:18-cv-00162-KGB-JTK

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                            DEFENDANT

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 25). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*).

Therefore, the Court affirms the final decision of defendant Acting Commissioner Nancy Berryhill and dismisses with prejudice plaintiff Robert Jackson's complaint (Dkt. No. 2).

So ordered this the 11th day of July 2019.

_____
Kristine G. Baker
United States District Judge