IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT E. JACKSON                                                                          PLAINTIFF

v.                              Case No. 4:18-cv-00162-KGB-JTK

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                             DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed with prejudice.

So adjudged this the 11th day of July 2019.

Kristine G. Baker
United States District Judge